UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiffs

Creators of the Website ImpishIdea

Defendant

COMPLAINT

14CV4852

I. Parties

Plaintiff Kenneth Eng resides at 4266 Saull Street, Flushing, NY 11355
Defendant ImpishIdea resides at unknown

II. The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.
III. The website "ImpishIdea" unlawfully published four chapters of my novel Dragons: Lexicon Triumvirate. This is the evidence:

http://impishidea.com/spork/dragons-lexicon-triumvirate-spork-part-1

http://impishidea.com/spork/dragons-lexicon-triumvirate-spork-part-2-chapter-1

http://impishidea.com/spork/dragons-lexicon-triumvirate-spork-part-3-chapter-2

http://impishidea.com/spork/dragons-lexicon-triumvirate-spork-part-4a-chapter-3

http://impishidea.com/spork/dragons-lexicon-triumvirate-spork-part-4b-chapter-3

http://impishidea.com/spork/spork-dragons-lexicon-triumvirate

http://impishidea.com/spork/dragons-lexicon-triumvirate-spork-part-5a-chapter-4

IV. I am seeking $10,000,000 in damages from each of the people involved in this infringement. I am unable to identify these people due to my lack of computer skills.

June 12, 2014

*Kenneth Eng*
917-573-9453

JUN 18 2014
PRO SE OFFICE

Kenneth Eng
26-68 Sandill St
Flushing NY 11355

NEW YORK
NY 350
14 JUN 2014
PM 3 L

US District Court
Southern District of NY
500 Pearl St
NY NY 10007



FOREVER
B363406 1023 1440