UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH ENG,

                    Plaintiff,

          -against-                                  14-CV-4852 (LAP)

CREATORS OF THE WEBSITE                              ORDER TO AMEND
IMPISHIDEA,

                    Defendants.

LORETTA A. PRESKA, Chief United States District Judge:

Plaintiff brings this *pro se* action alleging copyright infringement.  By order dated July 7,

2014, the Court granted Plaintiff's request to proceed *in forma pauperis*.  The Court directs

Plaintiff to amend his complaint for the reasons set forth below.

### STANDARD OF REVIEW

The Court must dismiss an *in forma pauperis* complaint, or portion thereof, that is

frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary

relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B); *see*

*Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998).  While the law

mandates dismissal on any of these grounds, the Court is obliged to construe *pro se* pleadings

liberally," *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the

"strongest [claims] that they *suggest*," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75

(2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

**BACKGROUND**

Plaintiff alleges that the website "ImpishIdea" infringed his copyright by unlawfully publishing four chapters of Plaintiff's novel, *Dragons: Lexicon Triumvirate*.  Plaintiff names as Defendants the creators of ImpishIdea, seeking $10,000,000.00 in damages.[1]  (Compl. at 1.)

On June 27, 2014, the Court received a letter dated June 25, 2014, from Plaintiff requesting to "redact my address from all of my lawsuits."  (*See* ECF Doc. #3)  He explains that "[s]omeone has posted my address on the internet after having acquired a copy of a few of my

---

[1]  Plaintiff has an active litigation history.  In 2008, he was convicted in the United States District Court for the Eastern District of New York of a civil rights violation arising from escalating racially motivated threats, assaults, and acts of stalking perpetrated against a fellow New York University student, and he was sentenced to five years' probation.  *See United States v. Eng*, No. 08-CR-66 (E.D.N.Y. Aug. 1, 2008).  After his probation period ended, Plaintiff filed a civil action against his probation officers.  *See Eng v. Carter*, No. 13-CV-4855 (ENV) (LB) (E.D.N.Y. Nov. 26, 2013) (dismissed for failure to state a claim upon which relief may be granted).  Plaintiff has also filed several other cases in the federal courts in New York.  *See Eng v. Officer X*, No. 14-CV-4036 (E.D.N.Y. filed June 27, 2014); *Eng v. Pacermonitor.com*, No. 14-CV-3912 (E.D.N.Y. July 15, 2014) (copyright action dismissed for failure to state a claim and warned that further frivolous lawsuits could result in a filing injunction or monetary sanctions); *Eng v. Cushing*, No. 14-CV-3905 (E.D.N.Y. July 15, 2014) (same); *Eng v. Radio Comix*, No. 14-CV-3810 (E.D.N.Y. June 30, 2014) (copyright action dismissed for failure to state a claim); *Eng v. Casey*, No. 14-CV-3734 (S.D.N.Y. filed May 8, 2014) (copyright action); *Eng v. Polodnick*, No. 14-CV-4675 (S.D.N.Y. filed June 12, 2014) (copyright action); *Eng v. Creators of the Philosoraptor*, No. 14-CV-4948 (S.D.N.Y. filed June 12, 2014) (copyright action); *Eng v. Linde*, No. 14-CV-4677 (S.D.N.Y. filed June 12, 2014) (copyright action); *Eng v. Burger*, No. 14-CV-3632 (E.D.N.Y. June 30, 2014) (copyright action dismissed for failure to state a claim); *Eng v. Captain Blue Hen Comics*, No. 14-CV-3631 (E.D.N.Y. June 5, 2014) (copyright action dismissed without prejudice with leave to replead); *Eng v. B3 Legal*, No. 14-CV-2442 (JPO) (S.D.N.Y. filed Apr. 7, 2014); *Eng v. RFR Realty*, No. 14-CV-2485 (LAP) (S.D.N.Y. May 27, 2014) (dismissed for lack of subject matter jurisdiction); *Eng v. Bellevue Hosp.*, No. 14-CV-2516 (S.D.N.Y. July 8, 2014) (dismissed for failure to state a claim); *Eng v. Corrections Dep't of NYC*, No. 14-CV-2365 (LAP) (S.D.N.Y. filed Mar. 27, 2014); *Eng v. Baldwin*, No. 14-CV-1644 (ENV) (LB) (E.D.N.Y. June 30, 2014) (copyright claim dismissed for failure to state a claim); *Eng v. Reichardt*, No. 14-CV-1502 (E.D.N.Y. June 10, 2014) (copyright and civil rights claims dismissed for failure to state a claim); *Eng v. Dixon*, No. 14-CV-1501 (ENV) (LB) (E.D.N.Y. May 6, 2014) (dismissed as time-barred and for failure to state claim); *Eng v. City of New York*, No. 06-CV-5206 (VM) (HBP) (S.D.N.Y. May 11, 2007) (settled).

lawsuits." (*Id.*)  He asks the Court to "redact my address from lawsuits I filed in the past that have been sealed/closed [and to] redact my address on this letter." (*Id.*)

**DISCUSSION**

**A. Copyright Infringement**

Plaintiff does not allege sufficient facts to support a copyright infringement claim.  To establish copyright infringement, a claimant must show (1) ownership of a valid copyright; and (2) unauthorized copying of constituent elements of the work that are original.  *Feist Publ'n, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340, 361 (1991); *Jorgenson v. Epic/Sony Records*, 351 F.3d 46, 51 (2d Cir. 2003).[2]  A plaintiff with a valid copyright proves infringement by demonstrating that: (1) the defendant has actually copied the plaintiff's work; and (2) the copying is illegal because a substantial similarity exists between the defendant's work and the protectible elements of plaintiff's work.  *Lewinson v. Henry Holt & Co., LLC*, 659 F. Supp. 2d 547, 562 (S.D.N.Y. 2009) (quoting *Fisher–Price, Inc. v. Well–Made Toy Mfg., Corp.*, 25 F.3d 119, 122-23 (2d Cir. 1994).  "[A] copyright does not protect an idea, but only the expression of an idea." *Id*. at 587.  The Court must therefore determine "whether the similarities shared by the work are something more than mere generalized ideas or themes." *Walker v. Time Life Films, Inc.*, 784 F.2d 44, 48-49 (2d Cir. 1986)).

Section 411(a) of the Copyright Act provides that "no action for infringement of the copyright in any United States work shall be instituted until registration of the copyright claim has been made in accordance with this title."  17 U.S.C. § 411(a).  Thus, unless certain exceptions apply, copyright registration is a condition that a plaintiff "must satisfy before filing

---

[2] The statute of limitations for copyright violations is three years. *See* 17 U.S.C. § 507(b). A cause of action accrues when a plaintiff knows or has reason to know of the injury upon which the claim is premised. *Merchant v. Levy*, 92 F.3d 51, 56 (2d Cir. 1996) (citing *Stone v. Williams,* 970 F.2d 1043, 1048 (2d Cir. 1992)).

3

an infringement claim and invoking the [Copyright] Act's remedial provisions." *Reed Elsevier, Inc. v. Muchnick*, 559 U.S. 154, 158 (2010); *see also Newton v. Penguin/Berkley Publ'g USA*, No. 13-CV-1283 (CM), 2014 WL 61232, at *4 (S.D.N.Y. Jan. 6, 2014) ("The Supreme Court has held that this provision imposes a 'precondition' to filing a claim for copyright infringement."); *Muench Photography, Inc. v. Houghton Mifflin Harcourt Publ'g Co.*, No. 09-CV-2669 (LAP), 2012 WL 1021535, at *2 (S.D.N.Y. Mar. 26, 2012) (noting that § 411(a) imposes a "necessary precondition" to a copyright action); *Home & Nature, Inc. v. Sherman Specialty Co., Inc.*, 322 F. Supp. 2d 260, 266 (E.D.N.Y. 2004) (noting that alleging copyright registration is pleading requirement).  Plaintiff fails to allege that he has received a certification of registration from the Copyright Office for his novel.  Plaintiff is therefore granted leave to submit an amended complaint within sixty days of the date of this order to allege whether he has a certificate of registration or has applied for a certificate of registration and has received a denial of registration from the Copyright Office.  If Plaintiff files an amended complaint, he should also allege when he learned of the alleged infringement.

### B.  Request to Redact Address

Plaintiff asks the Court to "redact his address" from all documents and electronic records in all of his current and prior actions.  A party seeking the sealing of court documents, however, must overcome a strong presumption in favor of public access to judicial records.  *Cf. Lugosch v. Pyramid Co.*, 435 F.3d 110, 119 (2d Cir. 2006); *United States v. Amodeo*, 71 F.3d 1044, 1048 (2d Cir. 1995). Plaintiff has not alleged facts sufficient to overcome this presumption.  His request to redact his address from the documents and records in his cases is therefore denied.  *See also* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper . . . must state the signer's address . . .").

**CONCLUSION**

The Court directs the Clerk of Court to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket.  Plaintiff is granted leave to file an amended complaint.  The amended complaint must be submitted to this Court's *Pro Se* Office within sixty days of the date of this order, be captioned as an "AMENDED COMPLAINT," and bear the same docket number as this order.  An Amended Complaint form, which Plaintiff should complete as specified above, is attached to this order.  No summons will issue at this time.  If Plaintiff fails to comply within the time allowed, and cannot show good cause to excuse such failure, the complaint will be dismissed for failure to state a claim.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED:

Dated:  August 15, 2014
        New York, New York

_____
LORETTA A. PRESKA
Chief United States District Judge

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

____ Civ. _____ ( ____ )

**AMENDED
COMPLAINT**

Jury Trial:   □ Yes      □ No

(check one)

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff          Name _____

                        Street Address _____

                        County, City _____

                        State & Zip Code _____

                        Telephone Number _____

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                        1

Defendant  No. 1      Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 2      Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 3      Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

Defendant  No. 4      Name _____

Street Address _____

County, City _____

State & Zip Code _____

Telephone Number _____

## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions              ☐ Diversity of Citizenship

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____
_____
_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____
_____

*Rev. 12/2009*                    2

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts:  _____

_____

**What happened to you?**

_____

_____

_____

**Who did what?**

_____

_____

_____

_____

**Was anyone else involved?**

_____

_____

**Who else saw what happened?**

_____

_____

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  _____

_____

_____

_____

_____

_____

_____

*Rev. 12/2009*                    3

**V.      Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.  _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20__.

| | |
|---|---|
| Signature of Plaintiff | _____ |
| Mailing Address | _____ |
| | _____ |
| | _____ |
| Telephone Number | _____ |
| Fax Number *(if you have one)* | _____ |

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.


For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

| | |
|---|---|
| Signature of Plaintiff: | _____ |
| Inmate Number | _____ |

*Rev. 12/2009*                                        4