UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH ENG,

                    Plaintiff,

          -against-                                        14-CV-4852 (LAP)

CREATORS OF THE WEBSITE                                ORDER OF DISMISSAL
IMPISHIDEA,

                    Defendants.

LORETTA A. PRESKA, Chief United States District Judge:

    By order dated August 15, 2014, the Court directed Plaintiff to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint.  Plaintiff has not filed an amended complaint.  Accordingly, the complaint, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    SO ORDERED.

Dated: October 21, 2014
       New York, New York

_____
        LORETTA A. PRESKA
    Chief United States District Judge